# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAULINE M. BAILEY, Administrator of the Estate of Wesley Sherwood, Jr., : Plaintiff | : No. 3:13cv3006 : : (Judge Munley) : |
| v. | : |
| B.S. QUARRIES, INC.; DAMASCUS 535 QUARRY AND STONE PRODUCTS, LLC.; TNT ONE LIMITED PARTNERSHIP; LIPPMANN MILWAUKEE, INC.; LIPPMANN QUALITY USED EQUIPMENT; VIRA CORPORATION TIMOTHY SMITH; and/or THOMAS BOLLES, Defendants | : : : : : : : : |

## ORDER

**AND NOW**, to wit, this 2nd day of May 2016, Defendants B.S. Quarries, Inc., Thomas Bolles, Damascus 535 Quarry and Stone Products, LLC, Timothy Smith, and TNT One Limited Partnership's motion for reconsideration or appellate certification (Doc. 149) is hereby **DENIED**.

                                          **BY THE COURT:**

                                          **s/ James M. Munley**
                                          **JUDGE JAMES M. MUNLEY**
                                          **United States District Court**