## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAULINE M. BAILEY,<br>**Administrator of the Estate of Wesley**<br>**Sherwood, Jr.,** | : | No. 3:13cv3006 |
| | : | |
| | : | (Judge Munley) |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **B.S. QUARRIES, INC.; DAMASCUS 535** | : | |
| **QUARRY AND STONE PRODUCTS, LLC.;** | : | |
| **TNT ONE LIMITED PARTNERSHIP; TNT** | : | |
| **SERVICES CORP.; LIPPMANN** | : | |
| **MILWAUKEE, INC.; LIPPMANN QUALITY** | : | |
| **USED EQUIPMENT; VIRA CORPORATION** | : | |
| **TIMOTHY SMITH; and/or THOMAS** | : | |
| **BOLLES,** | : | |
| **Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 14th day of June 2016, the Lippmann

Defendants' motion in limine (Doc. 167) is **DENIED**.



                              **BY THE COURT:**

                              **s/ James Munley**
                              **JUDGE JAMES M. MUNLEY**
                              **United States District Court**