IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAULINE M. BAILEY, Administrator of the Estate of Wesley Sherwood, Jr., <br>                Plaintiff <br><br> v. <br><br> B.S. QUARRIES, INC.; DAMASCUS 535 QUARRY AND STONE PRODUCTS, LLC.; TNT ONE LIMITED PARTNERSHIP; TNT SERVICES CORP.; LIPPMANN MILWAUKEE, INC.; LIPPMANN QUALITY USED EQUIPMENT; VIRA CORPORATION TIMOTHY SMITH; and/or THOMAS BOLLES, <br>                Defendants | No. 3:13cv3006 <br><br> (Judge Munley) |

## ORDER

**AND NOW**, to wit, this 14th day of June 2016, the B.S. Quarries' Defendants' motion in limine to exclude the Lanesboro Police Department Report (Doc. 162) is **DENIED**.

                                              BY THE COURT:

                                              s/ James Munley
                                              **JUDGE JAMES M. MUNLEY**
                                              **United States District Court**