IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAULINE M. BAILEY, Administrator of the Estate of Wesley Sherwood, Jr., <br>      Plaintiff <br><br> v. <br><br> B.S. QUARRIES, INC.; DAMASCUS 535 QUARRY AND STONE PRODUCTS, LLC.; TNT ONE LIMITED PARTNERSHIP; LIPPMANN MILWAUKEE, INC.; LIPPMANN QUALITY USED EQUIPMENT; VIRA CORPORATION; TIMOTHY SMITH; and/or THOMAS BOLLES, <br>      Defendants | No. 3:13cv3006 <br><br> (Judge Munley) |

## ORDER

**AND NOW**, to wit, this 16th day of June 2016, the plaintiff's motion in limine (Doc. 191) is **GRANTED** in part and **DENIED** in part, as follows:

1. The court will apply Pennsylvania state law regarding punitive damages;

2. All expert compensation the parties' experts received in this case, and the total fees the experts received over the past three years for other cases, are admissible at trial;

3. The parties are precluded from presenting any evidence:

  i. concerning indemnity and/or contribution;

  ii. referencing plaintiff's retaining a jury consultant,

10

        participating in a mock jury prior to trial, and/or plaintiff's counsel's "advertisements";

    iii.    referencing insurance benefits paid to plaintiff;

    iv.    referencing settlement negotiations; and

    v.    referring to or identifying to the jury any non-party family members of the decedent.

5. The motion is **DENIED** in all other respects.

                                              **BY THE COURT:**

                                        **s/ James Munley**
                                        **JUDGE JAMES M. MUNLEY**
                                        **United States District Court**