# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PAULINE M. BAILEY** **Administrator of the Estate of Wesley Sherwood, Jr.,**       **Plaintiff** | : No. 3:13cv3006 : : (Judge Munley) : |
| v. | : |
| **B.S. QUARRIES, INC., DAMASCUS 535 QUARRY AND STONE PRODUCTS, LLC.; TNT ONE LIMITED PARTNERSHIP; TNT SERVICES, CORP.; LIPPMANN MILWAUKEE, INC.; LIPPMANN QUALITY USED EQUIPMENT; VIRA CORPORATION; TIMOTHY SMITH; AND/OR THOMAS BOLLES,**          **Defendants** | : : : : : : : : : : : |

## ORDER

**AND NOW**, to wit, this 16th day of June 2016, the B.S. Quarries Defendants' motion to preclude the MSHA Report (Doc. 172) is hereby **DENIED**.

                    **BY THE COURT:**


                    **s/ James M. Munley**
                    **JUDGE JAMES M. MUNLEY**
                    **United States District Court**