IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAULINE M. BAILEY, Administrator of the Estate of Wesley Sherwood, Jr., | : : : | No. 3:13cv3006 |
| Plaintiff | : : | (Judge Munley) |
| v. | : : | |
| B.S. QUARRIES, INC.; DAMASCUS 535 QUARRY AND STONE PRODUCTS, LLC.; TNT ONE LIMITED PARTNERSHIP; LIPPMANN MILWAUKEE, INC.; LIPPMANN QUALITY USED EQUIPMENT; VIRA CORPORATION; TIMOTHY SMITH; AND/OR THOMAS BOLLES, | : : : : : : : : : : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 29th day of September 2017, the Lippmann Defendants' motion for summary judgment (Doc. 378) is hereby **GRANTED**. The Clerk of Court is directed to enter judgment in favor of the Lippmann Defendants[1] and against all other parties and to terminate the Lippmann Defendants as parties to this lawsuit.

                                       **BY THE COURT:**

                                       **s/ James M. Munley**
                                       **JUDGE JAMES M. MUNLEY**
                                       **United States District Court**

---

[1] The Lippmann Defendants are Defendants Lippmann Milwaukee, Inc., Lippmann Quality Used Equipment, and Vira Corporation